IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-41 |
| v. | |
| METRO DEVELOPERS, INC., | |
| Defendant. | |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff and Defendant on May 18, 2020, wherein the parties stipulate to the dismissal of this case with prejudice. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA